

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NOS. PD-0234-17 & PD-0235-17

### SCOTT NILES, Appellant

### V.

### THE STATE OF TEXAS

### ON APPELLANT'S AND STATE'S PETITIONS FOR DISCRETIONARY REVIEW FROM THE FOURTEENTH COURT OF APPEALS HARRIS COUNTY

*Per curiam.*

### O R D E R

The Court refuses Appellant's and the State's petitions, but grants discretionary review on its own motion and requests briefing from the parties on the following issue:

Whether the Court of Appeals erred in reforming Appellant's judgment to reflect conviction for a Class B misdemeanor.

The Clerk of this Court will send copies of this order to the Court of Appeals for the Fourteenth District, the State Prosecuting Attorney, the District Attorney for Harris County, and Appellant.

DATE ENTERED: June 7, 2017

DO NOT PUBLISH